CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

APR 30 2010

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| DANNY A. JORDAN, SR., | CIVIL ACTION NO. 6:09-CV-00059 |
| *Plaintiff,* | |
| v. | ORDER |
| GOBO, INC., | |
| *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, Defendant's motion to dismiss (docket no. 7), which has been converted into a motion for summary judgment, is GRANTED, and the matter is STRICKEN from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this 30ᵗʰ day of April, 2010.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE